1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CLYDE WHITFIELD, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. 1:06-cr-00183 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON <br><br> Date:  September 18, 2006 <br> Time:  9:00 a.m. <br> Judge: Honorable Anthony W. Ishii |

On July 20, 2006, the parties in the above entitled matter filed the following stipulation to continue a status conference and related matters:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CARL M. FALLER, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael Clyde Whitfield, that the date for status conference in this matter may be continued to September 18, 2006.

It is also requested that a new motion briefing schedule be ordered. It is requested that any additional motions may be filed by August 21, 2006; that any response or opposition may be filed by September 11, 2006; and that status conference and hearing on the motions may be set for September 18, 2006. **The date currently set for status conference is July 24, 2006. The requested new date is September 18, 2006.**

This request is made to allow time for further investigation and the filing of additional motions that may be appropriate.

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of additional
3  pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: July 20, 2006       By /s/ Carl M. Faller
                              CARL M. FALLER
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: July 20, 2006       By /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              Michael Clyde Whitfield

# O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 21, 2006**                /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference and
Reset Motion Briefing Schedule

2