| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>MICHAEL CLYDE WHITFIELD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00183 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON |
| v. | ) ) | |
| MICHAEL CLYDE WHITFIELD, | ) ) | Date:  November 6, 2006 |
| Defendants. | ) ) ) | Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CARL M. FALLER, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael Clyde Whitfield, that the date for status conference in this matter may be continued to November 6, 2006.

   It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by October 9, 2006; that any response or opposition may be filed by October 30, 2006; and that status conference and hearing on the motions may be set for November 6, 2006.  **The date currently set for status conference is September 18, 2006.  The requested new date is November 6, 2006.**

   This request is made to allow time for further investigation and the filing of additional motions that may be appropriate.

   The parties agree that the delay resulting from the continuance shall be excluded as necessary for

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of additional pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                              McGREGOR W. SCOTT
United States Attorney

DATED: September 13, 2006                By  /s/ Carl M. Faller
CARL M. FALLER
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 13, 2006                By  /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Michael Clyde Whitfield

### **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   September 15, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference and
Reset Motion Briefing Schedule