DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW CLYDE WHITFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           *Plaintiff*,  )<br>  )<br>      v.  )<br>  )<br>MATTHEW CLYDE WHITFIELD,  )<br>  )<br>           *Defendant*.  )<br>  )<br>_____ ) | No. 1:06-cr-00183 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON<br><br>Date:  March 26, 2007<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CARL M. FALLER, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Matthew Clyde Whitfield, that the date for status conference in this matter may be continued from February 26, 2007 to **March 26, 2007 at 9:00 a.m.**

This request is made to allow time for further investigation and plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of

///

///

///

///

additional pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: February 22, 2007                    By /s/ Laurel J. Montoya
    LAUREL J. MONTOYA
    Assistant U.S. Attorney
    Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 22, 2007                    By /s/ Eric V. Kersten
    ERIC V. KERSTEN
    Assistant Federal Defender
    Attorney for Defendant

# O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 23, 2007**           /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE