DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL CLYDE WHITFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>MICHAEL CLYDE WHITFIELD,<br><br>    *Defendant*. | No. 1:06-cr-00183 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON<br><br>Date: April 19, 2007<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael Clyde Whitfield, that the date for status conference in this matter may be continued to June 4, 2007.

It is also requested that the current motion schedule be vacated and a new motion briefing schedule be ordered. It is requested that any motions may be filed by May 13, 2007; that any response or opposition may be filed by May 27, 2007; and that status conference and hearing on the motions may be set for June 4, 2007. **The date currently set for status conference is April 23, 2007. The requested new date is June 4, 2007.**

This request is made to allow time for further investigation and the filing of motions that may be appropriate.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of additional pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                McGREGOR W. SCOTT
United States Attorney

DATED: April 19, 2007                                      By  /s/ Laurel Montoya
                                                           LAUREL MONTOYA
Assistant U.S. Attorney
Attorney for Plaintiff

                                                DANIEL J. BRODERICK
Federal Defender

DATED: April 19, 2007                                      By  /s/ Eric V. Kersten
                                                           ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Michael Clyde Whitfield

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 21, 2007**                                    /s/ Anthony W. Ishii
                                                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference and
Reset Motion Briefing Schedule