McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00183 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | MOTIONS HEARING AND |
| MATTHEW CLYDE WHITFIELD, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing/setting of briefing schedule currently set for **July 23, 2007** may be continued to **September 4, 2007 at 9:00 a.m.**

This request is being made due to the government needs additional time to respond to the motions and the parties are working toward a resolution. The government is requesting until August 13, 2007 to respond and the date for a reply would be extended to August 20, 2007. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective

//
//
//
//

1

1 | defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

2 | Dated: July 19, 2007                                McGREGOR W. SCOTT
                                                       United States Attorney

                                                       By: /s/ Laurel J. Montoya
                                                       LAUREL J. MONTOYA
                                                       Assistant U.S. Attorney

Dated: July 19, 2007                                   /s/ Eric V. Kersten
                                                       ERIC V. KERSTEN
                                                       Attorney for the Defendant

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   July 20, 2007**                             /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE

2