IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　*Plaintiff*,<br><br>　v.<br><br>**MICHAEL CLYDE WHITFIELD,**<br><br>　　　　　　*Defendant*. | No. 1:06-cr-00183 AWI<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON PENDING MOTION; and ORDER THEREON**<br><br>Date:　October 9, 2007<br>Time:　9:00 a.m.<br>Judge:　Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Michael Clyde Whitfield, that the Status Conference set for September 4, 2007 may be continued to October 9, 2007 at 9:00 a.m. It is further stipulated that the response to Mr. Whitfield's pending motion to suppress evidence may be filed on or before September 24, 2007, and that any reply thereto may be filed on or before October 1, 2007. **The date currently set for status conference is September 4, 2007. The requested new date is October 9, 2007.**

　　　　This request is made to allow time for further efforts to reach a negotiated settlement in this matter prior to litigating the pending motion to suppress evidence. The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of additional pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: August 29, 2007 | By /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 29, 2007 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Michael Clyde Whitfield |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 30, 2007**          /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
and Hearing on Pending Motion