```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW CLYDE WHITFIELD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>MATTHEW CLYDE WHITFIELD,<br><br>    *Defendant*. | No. 1:06-cr-00183 AWI<br><br>***AMENDED*** STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON PENDING MOTION; ORDER THEREON<br><br>Date:  October 9, 2007<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

*Comes now defendant and amends the stipulation filed on August 29, 2007, to reflect his name to be "**Matthew Clyde Whitfield**" **and not** "Michael Clyde Whitfield*," as set forth in said stipulation.

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant *Matthew Clyde Whitfield*, that the Status Conference set for September 4, 2007 may be continued to October 9, 2007 at 9:00 a.m.  It is further stipulated that the response to Mr. Whitfield's pending motion to suppress evidence may be filed on or before September 24, 2007, and that any reply thereto may be filed on or before October 1, 2007.  **The date currently set for status conference is September 4, 2007.  The requested new date is October 9, 2007.**

This request is made to allow time for further efforts to reach a negotiated settlement in this matter prior to litigating the pending motion to suppress evidence.  The parties agree that the delay resulting from

1 the continuance shall be excluded as necessary for effective defense preparation pursuant
2 to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of additional pretrial motions and ruling thereon
3 pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: August 30, 2007    By  /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 30, 2007    By  /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
*Matthew Clyde Whitfield*

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 31, 2007**          /s/ **Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
and Hearing on Pending Motion